**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 14, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00843-CV

---

**OAKBEND MEDICAL CENTER, Appellant**

**V.**

**JESUS GARCIA, INDIVIDUALLY AND AS REPRESENTATIVE THE ESTATE OF MARTHA GARCIA DECEASED AND A/N/F OF MINOR CHILDREN N.G., E.G, R.G., J.G., C.G., AND E.G., Appellee**

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-288951**

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 18, 2023. On November 21, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.